JAMES M. DORE (SBN 343860)
jdore@justicialaboral.com
DANIEL I. SCHLADE (*Pro Hac Vice*)
dschlade@justicialaboral.com
JUSTICIA LABORAL, LLC.
6232 N. Pulaski Rd. Suite 300
Chicago, IL 60646
Telephone (773) 415-4898

Attorneys for Plaintiffs
MAURICIO ARROYO VILLA and ANGELA NOBLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO ARROYO VILLA and ANGELA NOBLE, individually and on behalf of Themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiff,<br><br>vs.<br><br>EAH COMMUNITY HOUSING, INC. a/k/a EAH, INC.,<br><br>Defendant. | Case No.: 22-cv-07358-NC<br><br>[*For all purposes assigned to Hon. Nathanael M. Cousins, Crt. Rm. 5*]<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Supporting Declarations; and Proposed Order<br><br>Date: November 13, 2024<br>Time: 11:00 am<br>Courtroom: Courtroom 5, 4th Floor, San Jose Courthouse, 280 South 1st Street, San Jose, CA 95113<br><br>Complaint Filed: November 22, 2022 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on November 13, 2024, at 11:00 a.m. or as soon

thereafter as counsel may be heard, in Courtroom 5, 4th Floor, San Jose Courthouse, 280 South

1st Street, San Jose, CA 95113 (or via telephonic means if indicated by the Court), before the Honorable Nathanael M. Cousins, Plaintiffs Mauricio Arroyo Villa and Angela Noble ("Plaintiffs"), on behalf of themselves and the putative Settlement Class of similarly situated employees of Defendant EAH COMMUNITY HOUSING, INC. a/k/a EAH, INC., ("Defendant"), will and hereby on behalf of the proposed settlement class, will move for final approval of a classwide settlement reached with Defendant. Defendant does not oppose this motion or the exhibits, declarations, and documents submitted herewith.

This Motion is based upon this Notice, the accompanying Memorandum of Points & authorities, the attached Declaration(s), the Settlement Agreement and Release ("Settlement Agreement") entered into by the parties, all matters of which the Court may take notice, and upon such further evidence, both documentary and oral, as may be presented at the hearing of the Motion.

Dated: October 1, 2024                    JUSTICIA LABORAL, LLC.


By:        /S/ James M. Dore

                    James M. Dore
                    Daniel I. Schlade (*pro hac vice*)

                    Attorneys for Plaintiffs
                    MAURICIO ARROYO VILLA and
                    ANGELA NOBLE